IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS									NO. 4:00CR00162-01 GH

BILAL JOHNS MUHAMMAD

### **ORDER**

Defendant appeared with counsel on October 6, 2006 to show cause why his supervised release should not be revoked. Defendant admitted to the allegations and the court modified his conditions of supervised release.

Defendant is to be released from the custody of the U. S. Marshal immediately and is placed in the third-party custody of his mother, Minnie Muhammad who resides at 2311 Schiller, Little Rock, AR 72206. He is placed on home detention and will be allowed to leave his residence for religious activities, employment, medical treatment, school, mental health and drug counseling and/or treatment only. The U. S. Probation Office is directed to have the defendant participate in mental health counseling and/or treatment and drug counseling and/or treatment.

The revocation hearing is continued to January 4, 2007 at 1:00 p.m.

IT IS SO ORDERED this 6th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE